**FILED**

08/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0189

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0189

_____

DANNY LEE WARNER, JR.,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

FILED

AUG 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant Danny Lee Warner's motion for extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that is Appellant is granted an extension of time to and including September 8, 2022, within which to prepare, file, and serve the opening brief on appeal.

Dated this ___1___ day of ~~July,~~ August 2022.

For the Court,

_____
Chief Justice